UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GMAC INS. COMPANY ONLINE, INC.,

        Plaintiff,

-vs-                                      Case No. 6:13-cv-1826-Orl-28DAB

LENNELL C. SHAW, JAMIQUA SHAW,
BRIAN WILSON, GERODNEY A.
BARNES, CHRISTOPHER D. BARNES,
TANYA D. HAYES, GLORIA RIOS,
T'OSHA TAYLOR and ANN MARIE
BARNES,

        Defendants.
_____

## ORDER

The United States Magistrate Judge has submitted a report recommending that the Petition filed in this case be dismissed for want of jurisdiction.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. 34), Plaintiff's Objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed February 21, 2014 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Petition for Declaratory Relief is **DISMISSED, for want of jurisdiction**.

3.     All pending motions are **DENIED as moot.**

4.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24 day of March, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party